AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Southern District of Indiana

**FILED**
APR 1 2 2019
U.S. CLERK'S OFFICE
INDIANAPOLIS, INDIANA

United States of America
v.

Tyler Sanders

*Defendant*

Case No. 1:19-mj-0395-03

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Tyler Sanders,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☑ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Count 1: Conspiracy to Possess with Intent to Distribute 500 Grams or More of a Mixture Containing Methamphetamine, in violation of 21 U.S.C. §§ 841(a)(1), 841(b)(1)(A)(viii).
Count 2: Possession with Intent to Distribute 500 Grams or More of a Mixture Containing Methamphetamine, in violation of 21 U.S.C. §§ 841(a)(1), 841(b)(1)(A)(viii).
Count 3: Conspiracy to Possess with Intent to Distribute 400 Grams or More of a Mixture Containing Fentanyl, in violation of 21 U.S.C. §§ 841(a)(1), 841(b)(1)(A)(vi).
Count 4: Possession with Intent to Distribute 400 Grams or More of a Mixture Containing Fentanyl, in violation of 21 U.S.C. §§ 841(a)(1), 841(b)(1)(A)(vi).

Date:   04/09/2019

*Issuing officer's signature*

City and state:   Indianapolis, IN

Hon. Tim A. Baker, U.S. Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 4/9/19, and the person was arrested on *(date)* 4/12/19
at *(city and state)* Indianapolis, IN.

Date: 4/12/19

*Arresting officer's signature*

Jon Goehring
*Printed name and title*