AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Southern District of Indiana

**FILED**
MAY 1 4 2019
U.S. CLERK'S OFFICE
INDIANAPOLIS, INDIANA

United States of America
v.

TYLER SANDERS -02

*Defendant*

Case No. 1:19-cr-00147-JPH-MJD-2

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* TYLER SANDERS -02 ,

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

Count 1: Conspiracy to Possess With Intent to Distribute and/or Distribute 400 Grams or More of a Mixture or Substance Containing a Detectable Amount of Fentanyl and/or 500 grams or More of a Mixture or Substance Containing a Detectable Amount of Methamphetamine, in violation of 21 U.S.C. §§ 841(a)(1), 841(b)(1)(A)(vi), 841(b)(1)(A)(viii) and 846.
Count 2: Possession With Intent to Distribute 400 Grams or More of a Mixture Containing a Detectable Amount of Fentanyl and/or 500 grams or More of a Mixture or Substance Containing a Detectable Amount of Methamphetamine, in violation of 21 U.S.C. §§ 841(a)(1), 841(b)(1)(A)(vi) and 841(b)(1)(A)(viii) & 18 U.S.C. § 2.

Date: 5/8/2019

CLERK OF COURT, Laura A. Briggs

BY: *[signature]* Dena Way Hernandez
*Deputy Clerk*

City and state: Indianapolis, IN

### Return

This warrant was received on *(date)* 5/14/19, and the person was arrested on *(date)* 5/14/19
at *(city and state)* INDIANAPOLIS IN

Date: 5/14/19

*[signature]*
*Arresting officer's signature*

John S. Pappas
*Printed name and title*