# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                      Case Number: 1:19-cr-00147-JRS-MJD-2

TYLER SANDERS,

    Defendant.

## NOTICE OF CHANGE OF ATTORNEY INFORMATION

    Counsel, Jeffrey A. Baldwin, pursuant to Local Rule 5-3, notifies the Court of the following firm changes:

|  | *Previous Information:* | *Current Information:* |
|---|---|---|
| **Name:** | Jeffrey A. Baldwin | Jeffery A. Baldwin |
| **Law Firm:** | Voyles Vaiana Lukemeyer Baldwin & Webb | Voyles Vaiana Lukemeyer Baldwin & Webb |
| **Address:** | 141 East Washington Street<br>Suite 300<br>Indianapolis, IN 46204 | One Indiana Square<br>211 North Pennsylvania Street<br>Suite 2400<br>Indianapolis, IN 46204 |
| **Primary Email:** | jbaldwin@voyleslegal.com | jbaldwin@voyleslegal.com |
| **Secondary Email:** | ralltop@voyleslegal.com | ralltop@voyleslegal.com |
| **Telephone Number:** | 317/632-4463 | 317/632-4463 |
| **Facsimile:** | 317/631-1199 | 317/631-1199 |

| | |
|---|---|
| July 22, 2019 | /s/ Jeffrey A. Baldwin |
| Date | Signature |

Jeffrey A. Baldwin #11892-49
Print Name
One Indiana Square
Address
211 North Pennsylvania Street, Suite 2400
Indianapolis, Indiana 46204
City          State    Zip Code
(317) 632-4463
Phone Number

## CERTIFICATE OF SERVICE

I hereby certify that on July 22, 2019 copy of the foregoing was filed electronically. Service of this filing will be made on all ECF – registered counsel by operation of the court's electronic filing system.  Parties may access this filing through the court's system.

/s/ Jeffrey A. Baldwin
Jeffrey A. Baldwin

JEFFREY A. BALDWIN
VOYLES VAIANA LUKEMEYER BALDWIN & WEBB
ONE INDIANA SQUARE
211 NORTH PENNSYLVANIA STREET
SUITE 2400
INDIANAPOLIS, IN 46204
Telephone:  (317) 632-4463
Fax:       (317) 631-1199
jbaldwin@voyleslegal.com